AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

COPY

| 1. Person Reporting (last name, first, middle initial)<br><br>Lake, Simeon T | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>03/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk Avenue, Room 9535<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 APR -2 A 10: 47
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1-Houston, TX | B | Rent | M | W | | | | | |
| 2. rental property #2-Houston, TX | B | Rent | L | W | | | | | |
| 3. rental property #3-Houston, TX | B | Rent | L | W | | | | | |
| 4. rental property #4-Houston, TX | A | Rent | N | W | Buy | 09/20 | N | | Jeff & Ann Dykes |
| 5. property, Washington Cnty, TX | A | Rent | M | W | | | | | |
| 6. J.P. Morgan Chase (name change) | A | Interest | J | T | | | | | |
| 7. Exxon Common Stock | E | Dividend | P1 | T | Partial Sale | 10/25 | L | F | |
| 8. | | | | | Partial Sale | 11/06 | J | D | |
| 9. AT&T Inc. Common Stock | A | Dividend | K | T | | | | | |
| 10. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 11. Royalty Interest, Washington County, Texas | D | Royalty | K | W | | | | | |
| 12. Merrill Lynch Money Mkt Acct (IRA) | A | Interest | J | T | | | | | |
| 13. AT&T Inc. Common Stock (IRA) | B | Dividend | K | T | | | | | |
| 14. Novartis ADR (IRA) | A | Dividend | L | T | | | | | |
| 15. IBM Corp. Common Stock (IRA) | A | Dividend | L | T | | | | | |
| 16. General Electric Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 17. Intel Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Syngenta AG ADR (IRA) | | None | J | T | | | | | |
| 19. Palm, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 20. 3 Com Corp. Common Stock (IRA) | | None | J | T | | | | | |
| 21. Nestle Corp. ADR (IRA) | A | Dividend | L | T | | | | | |
| 22. Dr. Reddy's Lab ADR (IRA) | A | Dividend | K | T | | | | | |
| 23. Freds, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 24. Johnson & Johnson Inc. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 25. Procter & Gamble Inc. Common Stock (IRA) | B | Dividend | L | T | | | | | |
| 26. Washington Mutual Inc. Common Stock (IRA) | A | Dividend | K | T | | | | | |
| 27. Microsoft Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 28. ABX Air Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 29. McCormick Inc. Non-Voting (IRA) | A | Dividend | K | T | | | | | |
| 30. U.S. Treas. Note (IRA) | A | Interest | K | T | | | | | |
| 31. Trust #1 | | | | | | | | | |
| 32. --AT&T Common Stock | B | Dividend | K | T | | | | | |
| 33. --XCEL Energy, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 34. --Walgreen Co. Common Stock | A | Dividend | K | T | Buy | 05/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Verigy Ltd. Common Stock | A | Distribution | J | T | Spin-off | 11/04 | J | A | (See Part VIII.) |
| 36. --Hewlett Packard Co. Common Stock | A | Dividend | K | T | Partial Sale | 06;22 | J | B | |
| 37. --Merrill Lynch Money Market Acct | C | Dividend | K | T | | | | | |
| 38. --Southwest Airlines Common Stock | A | Dividend | L | T | | | | | |
| 39. --Apple Computer Inc. Common Stock | | None | L | T | | | | | |
| 40. --Agilent Tech., Inc. Common Stock | | None | J | T | | | | | |
| 41. --Comcast Corp. Common Stock | | None | | | Sold | 06/22 | J | A | |
| 42. --Bristol Myers Squib Co. Inc. Common Stock | B | Dividend | L | T | | | | | |
| 43. --Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 44. --Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 45. --Johnson & Johnson Co. Common Stock | A | Dividend | K | T | | | | | |
| 46. Merrill Lynch Money Fund | C | Dividend | K | T | | | | | |
| 47. General Electric Common Stock | B | Dividend | L | T | Partial Sale | 09/06 | L | E | |
| 48. AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 49. Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 50. Hewlett Packard Co. Comm Stock | A | Dividend | | | Sold | 08/30 | J | A | |
| 51. Intel Corp. Common Stock | A | Dividend | | | Sold | 09/11 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IBM Corp. Common Stock | A | Dividend | | | Sold | 09/07 | K | D | |
| 53. Trust #2 | | | | | | | | | |
| 54. --Exxon Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 55. --Merrill Lynch Money Fund | B | Dividend | K | T | | | | | |
| 56. --Abbott Labs Common Stock | A | Dividend | K | T | | | | | |
| 57. Home Depot Inc. Common Stock | A | Dividend | | | Sold | 09/06 | K | B | |
| 58. Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | |
| 59. Schering Plough Common Stock | A | Dividend | | | Sold | 08/30 | K | A | |
| 60. Vodafone Corp. PLC Common Stock | C | Dividend | | | Sold | 09/06 | K | A | |
| 61. Nokia Corp. Common Stock | A | Dividend | K | T | Partial Sale | 08/30 | J | A | |
| 62. Time Warner Inc. Common Stock | A | Dividend | | | Sold | 08/30 | K | A | |
| 63. Amgen, Inc. Common Stock | | None | | | Sold | 08/30 | K | D | |
| 64. Tyco International Common Stock | A | Dividend | | | Sold | 08/30 | J | A | |
| 65. Wachovia Corp. Common Stock | B | Dividend | K | T | | | | | |
| 66. Kellog Co. Common Stock | A | Dividend | K | T | | | | | |
| 67. Hospira Inc. Common Stock | | None | J | T | | | | | |
| 68. Procter & Gamble, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of Texas Account | A | Interest | J | T | | | | | |
| 70. Fidelity Municipal Money Mkt a/c | A | Interest | J | T | Open | 11/15 | | | |
| 71. Caterpillar Inc. | A | Dividend | K | T | Buy | 10/26 | K | | |
| 72. I shares Dow U.S.-Broker Dealers Index | A | Dividend | J | T | Buy | 12/21 | J | | |
| 73. I shares Global Financials Sector Index | | None | J | T | Buy | 12/18 | J | | |
| 74. I shares S&P Global Telecom Sector Index | A | Dividend | J | T | Buy | 12/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII

PAGE 4

Line 4 -- Rental property #4 is a new entry.

Line 6 -- BankOne Account listed as line 5 on the 2005 Report changed its name to J.P. Morgan Chase and is listed on line 6 on this report.

PAGE 5

Line 29 -- McCormick Inc. was at page 6, line 36 on the 2005 Report.

Line 34 -- Walgreen is a new entry.

PAGE 6

Line 35 -- Verigy Ltd. is a new entry, and B.(2) is more specifically typed as "cash in lieu of partial share of stock," and D.(1) is more specifically typed as "spin-off from Agilent Tech."

PAGE 8

Lines 70-74 -- Fidelity Municipal, Caterpillar Inc., I shares Dow U.S., I shares Global Financials, and I shares S&P Global are new entries.

| Name of Person Reporting | Date of Report |
|---|---|
| Lake, Simeon T | 03/28/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                    Date _MARCH 28, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544